MICHELE BECKWITH
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG HUNTER,<br><br>Defendant. | CASE NO. 2:21-CR-00019-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 27, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status of sentencing on February 27, 2025.

2. By this stipulation, the parties now move to continue this matter for a status of sentencing on April 10, 2025.

3. The reason for the continuance is continuing investigation bearing on the sentencing factors and recommendations.

IT IS SO STIPULATED.

Dated: February 25, 2025									MICHELE BECKWITH
											Acting United States Attorney

											/s/ CAMERON L. DESMOND
											CAMERON L. DESMOND
											Assistant United States Attorney

Dated: February 25, 2025									/s/ Michael Heumann
											Michael Heumann
											Counsel for Defendant
											CRAIG HUNTER

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge