ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0019-TLN |
| Plaintiff, | STIPULATION TO CONTINUE TSR DISPOSITIONAL HEARING; FINDINGS AND ORDER |
| v. | |
| CRAIG HUNTER, | DATE: April 16, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a dispositional hearing on April 16, 2026.

2.      By this stipulation, the parties now move to continue the dispositional hearing to May 7, 2026, at 9:30 a.m.. The reason for the continuance is for further investigation bearing on the disposition.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE DISPOSITION

1

Dated:  March 9, 2026                    ERIC GRANT
                                         United States Attorney


                                         /s/ CAMERON L. DESMOND
                                         CAMERON L. DESMOND
                                         Assistant United States Attorney


Dated:  March 9, 2026                    /s/ Michael Heumann
                                         Michael Heumann
                                         Counsel for Defendant
                                         CRAIG HUNTER


**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of March, 2026.


_____
Troy L. Nunley
Chief United States District Judge